AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 19, 2022**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| BRUCE P. KRIEGMAN, solely in his capacity as the court-appointed Chapter 11 Trustee for LLS America, LLC, <br> *Plaintiff* <br> v. <br> MARTIN HORCICKA, <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.   2:12-cv-00431-RMP |

## AMENDED JUDGMENT IN A CIVIL ACTION

☑ other:   The Judgment is extended for ten (10) years from October 31, 2022.
Interest will continue to accrue at the rate of the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System. Pursuant to RCW 6.17.020(3), 4.64.030(2)(a), the following will be included on the first page of the amended judgment:

**Judgment Creditor:** Plaintiff Bruce P. Kriegman solely in his capacity as the court-appointed Chapter 11 Trustee for LLS America, LLC and the Liquidating Trustee under the Liquidating Trust made pursuant to the Chapter 11 Trustee's and Official Committee of Unsecured Creditor's Second Modified Plan of Liquidation dated as of November 27, 2012

**Attorney for Judgment Creditor:** Witherspoon Kelley

**Judgment Debtor:** Martin Horcicka

| | |
|---|---|
| **Amount Outstanding under Judgment:** | $ 46,676.15 CAD <br> $   250.00 USD |
| **Interest under Judgment:** <br> (11/01/2012 – 10/14/2022) <br> (.18% for 3,635 days) | $ 3,859.72 USD |
| **Recoverable Costs – Application Fee:** | $   402.00 USD |
| **New Total Judgment:** | $ 46,676.15 CAD <br> $ 4,511.72 USD |
| **Interest Rate:** | .18% per annum |

☑ decided by Judge   ROSANNA MALOUF PETERSON

Date:  12/19/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates